JAMIE LEE BLEDSOE    NO. 06-14-00138-CR    IN THE COURT OF APPEALS
VS.    SIXTH DISTRICT
THE STATE OF TEXAS    TEXARKANA, TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

JAN 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals Sixth District

JAN 09 2015

Texarkana, Texas
Debra Autrey, Clerk

## MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES JAMIE LEE BLEDSOE, Proceeding PRO-SE AND Respectfully ask This COURT to take Some action or Get involved Concerning the Legality of my Confinement. AND the incompetent representation on direct APPEAL.

FOR THE Reasons As Alleged ABOVE, APPellate will Show The following.

### A.

ON AUGUST 1st 2014 EBB B. MOBLEY was appointed TO Represent APPellate ON APPEAL

### B.

ON APPellate first day of The ATTORNEY Consulting APPellate detected a impairment Concerning the Legal advice that MR. MOBLEY was Conveying.

### C.

APPellate trued diligently to give honest advice, and dilligently Provided Case Laws threw month, of reseach to help aid MR. MOBLEY.

### D.

After Not beening able to Communicate with the ATTorney, APPellate filed Numberous Motion, to the Court requesting appointment of New Appeal ATTORNEY.

Page 1 of 1.

## E.

After months of NON Communication, APPellate recieved a Letter dated December 8th 2014 on Dec 30th 2014 that indicated that he were in the Process of reviewing the Reporter's Record.

He indicated that the Problem Concerning a illegal Prior Conviction on Cause NO: 08;0177X," that there were not a timely objection to the evidence.

## F.

APPellate is un clean of what Record he is reviewing because of the fact that the CR. Pg 138 128 on the date of May 13th 2014 will Show a motion of objection

ON the CR. Pg 187 will Show a motion -N- LiminE Contesting Cause NO: 08;0177X. July 21th 2014

The Punishment Change to the Court CR. Pg 208 will Show I Plead untrue to the illegal enhancement.

The motion for a NEW Trial that was held on September 15th 2014 will Show APPellate Contesting the illegal enhancements on Cause NO: 08;0177X

## G.

Contrary to the facts alleged above, the Law's of the State of Texas mandate that a error which is based upon an absolute right or Prohibition need not be Preserved, Marin v. State. 851 S.W. 2d 275 (Tex. Crim. APP. 1993( discussing three types of Rights);

See Garcia v. State, 149 S.W. 3d 135, 144 (Tex. Crim. APP. 2004

Such error is called fundamental error. Brumit v. State 206 S.W. 3d 639 (Tex. Crim. APP. 2006),

Unlike most trial errors which are forfeited if not timely asserted, a party is not required to make a contemporaneous objection to the imposition of an illegal sentence. See, e.g., Ex Parte Pena, 71 S.W. 3d 336, 336-37 & n. 1. (Tex. Crim. App. 2002).

Appellate has repeatly put the Justice Court's on notice of the difficulty, and Bias he is recieving concerning his Appeal Attorney to Notice his Non frivious issues for Appeal review, and his impairment.

### H.

On December 23, 2014 Appellant recieved a Notice that his Appeal Attorney was asking for a extension of time for filing APPELLEE's Brief.

Appellant is confused as to why his Appeal Attorney is filing for extension of time for the Appellee, the document he recieved is indicating FIRST MOTION TO EXTEND time FOR filing APPELLEE's Brief.

For the Reasons alleged above the Appellant Respectfully as this Court to Intervene, And request Appeal Attorney to be more dillgent Concerning Appellant's Appeal.

WHERE FORE, PREMISES CONSIDERED, Appellant Prays that this Court will grant Said motion and Intervene.

Jimmie Lee Bledsoe

Page 3 of 3.

## Certificate of Service

I, Jamie Lee Bledsoe, hereby certify under penalty of perjury that a true and correct copy of the motion has been provided to: Clerk: DEBRA K. AUTREY at 100 NORTH STATE LINE AVENUE # 20 TEXARKANA, TX. 75501 by placing said document in a postage-paid envelope and mailing said envelope via united states mail this 5th day, January 2015.

Jamie Lee Bledsoe